**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | |
| vs. | JUDGE 2:21 cr 157 |
| **IBN MUHAMMAD,** | **INDICTMENT** |
| Defendant. | 18 U.S.C. § 922(g)(1)  Judge Watson. <br> 18 U.S.C. § 924(a) <br> **FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 AUG 17 PM 12: 2

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 25, 2020, in the Southern District of Ohio, the defendant, **IBN MUHAMMAD**, knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Taurus model G2C, 9mm pistol bearing serial number ABE533800, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

### FORFEITURE ALLEGATION

The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c).

Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **IBN MUHAMMAD**, shall forfeit to the United States all firearms and ammunition used and/or possessed in violation of such offenses, including but not limited to: a Taurus model G2C, 9mm pistol bearing serial number ABE533800, and ammunition seized on July 25, 2020.

**Forfeiture in accordance with 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/Foreperson
**FOREPERSON**

**VIPAL J. PATEL**
**Acting United States Attorney**

**KEVIN W. KELLEY**
**Assistant U.S. Attorney**