AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FID # 11321015

**FILE COPY**
WARRANT FILE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-cr-157 |
| | ) | Judge Watson |
| Ibn Muhammad | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Ibn Muhammad**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)

Date: 8/18/21

*Issuing officer's signature*

City and state: Columbus, Ohio

Michael H. Watson, U.S. District Court Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/18/2021, and the person was arrested on *(date)* 09/02/2021
at *(city and state)* COLUMBUS, OHIO

Date: 09/02/2021

DUSM S/OH
*Arresting officer's signature*

MARK H. STROH, DEPUTY U.S. MARSHAL S/OH
*Printed name and title*