UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IBN MUHAMMED,<br><br>　　　　Defendant. | CASE NO. 2:21-CR-157<br><br>JUDGE WATSON |

## MOTION TO UNSEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the case be unsealed, as public disclosure of the Indictment will no longer jeopardize the prosecution of the case.

WHEREFORE, the government respectfully requests that the case in the above-entitled cause be unsealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/ Kevin. W. Kelley
KEVIN W. KELLEY (0042406)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Kevin.Kelley@usdoj.gov